UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH THOMAS,

        Plaintiffs,

vs.

Case No. 15-13155

HON. GEORGE CARAM STEEH

GREENFIELD PLAZA, INC,

        Defendants.

_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 20, 2016 the Court entered an Order to Show Cause to Plaintiff due February 3, 2016 why this action should not be dismissed for lack of prosecution. To date the Court has received no written response. Therefore,

IT IS ORDERED that this case is dismissed without prejudice.

Dated: February 5, 2016

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 5, 2016 by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk